IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THOMAS J. BINTZ and JANE BINTZ, | § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action 4:13-cv-00566 |
| CONTINENTAL AIRLINES, INC., UNITED CONTINENTAL HOLDINGS, INC. and MEDAIRE, INC., EMERGENCY PROFESSIONAL SERVICES, P.C., | § § § § § § | |
| Defendants. | § | |

## **STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Thomas J. Bintz and Defendant Continental Airlines, Inc. and United Continental Holdings hereby stipulate that, pursuant to a settlement agreement entered between the parties, all of the claims and causes of action asserted against the other in the above-captioned matter should be dismissed with prejudice to re-filing, and jointly move for dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs.

Dated: July 7, 2016

| HOWRY BREEN & HERMAN LLP | NORTON ROSE FULBRIGHT US LLP |
|---|---|
| */s/ Sean E. Breen* * | */s/ Edward B. Adams, Jr.* |
| Sean E. Breen | Edward B. Adams, Jr. |
| State Bar No. 00783715 | State Bar No. 00790200 |
| sbreen@howrybreen.com | teddy.adams@nortonrosefulbright.com |
| 1900 Pearl Street | Gabriel D. Kaim |
| Austin, Texas 78705 | State Bar No. 24083288 |
| Phone: (512) 474-7300 | gabriel.kaim@nortonrosefulbright.com |
| Fax: (512) 474-8557 | Fulbright Tower |
| | 1301 McKinney, Suite 5100 |
| Charles C. Brennig III | Houston, Texas 77010-3095 |
| Brennig & Associates, P.C. | Telephone: (713) 651-5151 |
| 1330 Post Oak Boulevard, Suite 1600 | Facsimile: (713) 651-5246 |
| Houston, Texas 77056 | |
| Phone: (713) 622-5900 | Attorneys-in-Charge for Defendants |
| Fax: (713) 622-5910 | United Continental Holding, Inc. and |
| | Continental Airlines, Inc. |
| Attorneys-in-Charge for Plaintiff | |
| Thomas J. Bintz | |

* Signature by permission